# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| HARDWOOD LUMBER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-05088-CV-RK |
| | ) |
| BREWCO INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court had a status conference on June 3, 2020, to discuss mediation and the trial of this case currently set for August 17, 2020. After careful consideration, the Court hereby **STAYS** the initial pretrial conference, the final pretrial conference, the trial, and any corresponding deadlines. Following the ruling on dispositive motions, the Court will order a scheduling conference if necessary to reschedule the trial and pretrial dates.

**IT IS SO ORDERED**.

                                                 s/ Roseann A. Ketchmark
                                                ROSEANN A. KETCHMARK, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED: June 3, 2020